UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JANU HERRERA, | Case No. 2:18-cv-0055-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 10) |
| BILLY WOOD, | |
| Defendant. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 10). Kumen L. Taylor and Rachel L. Shelstad seek leave to be substituted in the place of Nickolas Amon for defendant Billy Wood. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 10) is **GRANTED**.
2. Kumel L. Taylor and Rachel L. Shelstad are substituted in the place of Nickolas Amon for defendant Billy Wood, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 23rd day of February, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE